```
                                        FILED - SOUTHERN DIVISION
                                        CLERK, U.S. DISTRICT COURT

                                              MAY 13 2013

                                        CENTRAL DISTRICT OF CALIFORNIA
                                        BY                    DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE CHARISSE HUNT, | Case No. EDCV 12-1117 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order directing the immediate payment of benefits or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED:   May 13, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE